Prob12A
(Mod. For E.VA 10/09)

## UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Aroua Saddam                          Docket No.   2:08cr00168-003

### Petition on Probation

COMES NOW Lynwood S. Remias, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Aroua Saddam, who was placed on supervision by The Honorable Robert G. Doumar, sitting in the Court at Norfolk, Virginia, on the 8th day of April, 2009, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
See Attachment(s)

PRAYING THAT THE COURT WILL ORDER a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

Bond recommendation:  $10,000 secured.  personal recognizance

RECEIVED NOV 17 2009 U.S. PROBATION OFFICE NORFOLK, VA

ORDER OF COURT

Considered and ordered this 17 day of Nov., 2009 and ordered filed and made a part of the records in the above case.

_____
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-16-09

Lynwood S. Remias
Senior U.S. Probation Officer

Place Norfolk, Virginia

TO CLERK'S OFFICE

Petition on Probation
Page 2
RE:   SADDAM, Aroua


OFFENSE:   False Statements in an Immigration Proceeding, a Class D Felony.

SENTENCE:   Five (5) years probation and a $100 special assessment.

SPECIAL CONDITIONS:

1)   The defendant shall be on Home Detention, which shall include electronic monitoring at the defendant's expense, for a period of FOUR (4) CONSECUTIVE MONTHS (120 days).  During this time, she shall remain at her place of residence except for employment and other activities approved in advance by the probation officer.

2)   The defendant shall maintain a telephone at her place of residence without party lines, telephone answering machines, a modem, call forwarding, caller ID, call waiting, portable cordless telephones or any other devices or services that may interfere with the proper functioning of the electronic monitoring equipment for the active period.  The defendant shall wear an electronic monitoring device, follow electronic monitoring procedures, and pay the cost of the electronic monitoring, all as directed by the probation officer.

ADJUSTMENT TO SUPERVISION:

On April 8, 2009, the defendant was sentenced to five (5) years probation for False Statements in an Immigration Proceeding.  Immediately following her sentencing, the conditions of supervision were reviewed with the defendant by the undersigned.

The defendant's adjustment to supervision has been unsatisfactory.  On October 28, 2009, the defendant was arrested by the Greensville County Sheriff's Office and charged with Possess or Use a Sawed-off Shotgun or Sawed-off Rifle.  Her preliminary hearing is scheduled for December 3, 2009, in the Greensville County, Virginia, General District Court.  In addition, the defendant has submitted three late monthly supervision reports, and she has been convicted of Speeding in Virginia Beach.

The defendant resides alone in Newport News and is a student at Thomas Nelson Community College in Hampton.  The defendant is employed as a waitress at her family's restaurant in Virginia Beach and also works part-time in selling home improvement services.  The $100 special assessment was satisfied on June 10, 2009.  The four-month term of home detention/electronic monitoring was completed on August 28, 2009.

VIOLATIONS:  The following violations are submitted for the Court's consideration.

**Petition on Probation**
**Page 3**
**RE: SADDAM, Aroua**

**MANDATORY CONDITION:**   COMMISSION OF A CRIME - POSSESSION OR USE OF A "SAWED-OFF" SHOTGUN OR "SAWED-OFF" RIFLE.

On October 28, 2009, the defendant was arrested by the Greensville County Sheriff's Office and charged with Possess or Use a Sawed-off Shotgun or Sawed-Off Rifle. Her preliminary hearing is scheduled for December 3, 2009, in the Greensville County, Virginia, General District Court.

**MANDATORY CONDITION:**   POSSESSION OF A FIREARM.

On October 28, 2009, the defendant was arrested by the Greensville County Sheriff's Office and charged with Possess or Use a Sawed-off Shotgun or Sawed-Off Rifle. Her preliminary hearing is scheduled for December 3, 2009, in the Greensville County, Virginia, General District Court. When questioned by the probation officer regarding this charge, the defendant explained that she and two companions were on their way to visit friends in Richmond, Virginia. The defendant explained that she was stopped for a traffic infraction in Greensville County, Virginia. The defendant stated that she consented to a search of her vehicle, at which time police found a sawed-off shotgun and a handgun inside her vehicle.

LSR/pmc