## UNITED STATES DISTRICT COURT

### FOR

### THE EASTERN DISTRICT OF VIRGINIA



FILED

DEC 17 2009

CLERK, US DISTRICT COURT
NORFOLK, VA

U.S.A. vs. Aroua Saddam            Docket No. 2:08cr00168-003

Addendum to
Petition on Probation

**MANDATORY CONDITION:**    COMMISSION OF A CRIME - 1) POSSESSION OF A FIREARM BY A FELON; 2) SPEEDING.

On October 28, 2009, Saddam was arrested by the Greensville County Sheriff's Office and charged with Possess or Use a Sawed-Off Shotgun. Since that time, additional charges of Possession of a Firearm by a Felon and Speeding have been filed against the defendant. It is noted that these additional charges are related to the defendant's arrest on October 28, 2009. The preliminary hearing for these charges are set for February 25, 2010, in the Greensville County, Virginia, General District Court.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _17_ day of _Dec._, _2009_, that the petition previously issued be amended and that this Addendum be ordered filed and made part of the record in the above case.<br><br>_/s/ signature_<br>United States District Judge | Executed on _12-15-09_<br><br>_/s/ Lynwood S. Remias_<br>Lynwood S. Remias<br>Senior U.S. Probation Officer<br><br>Place _Norfolk, Virginia_ |

LSR/pmc

TO CLERK'S OFFICE                                             DP-69 (Rev.03/03)