IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK/NEWPORT NEWS DIVISION

FILED
MAR 2 4 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　CRIMINAL NO.  2:08cr168

AROUA SADDAM

## ORDER

On April 8, 2009, the defendant was sentenced by the United States District Court for the Eastern District of Virginia to a Five (5) year term of Probation, and a Special Assessment in the amount of $100.00.

The defendant was brought before this Court on March 22, 2010, for alleged violations of her Probation. The defendant was fully aware of the date and time of the hearing, and had been in touch with her counsel prior to the hearing. The defendant did not appear. Court-appointed counsel was present, and the Court proceeded with hearing in absentia.

The Court **FINDS** the defendant has violated the terms of her Probation and hereby **REVOKES** the Probation previously imposed. After considering the previous presentence report, the factors set forth in 18 U.S.C. §3553, and the severity of the charged violation, the Court **FINDS** that a sentence of fifteen months is adequate, but not greater than necessary, to serve the purposes of 18 U.S.C. §3553. Specifically, the Court notes that defendant was detained while in possession of a sawed-off-shotgun, that she has previously engaged in intimidating conduct towards witnesses, and that she has refused to accept responsibility for her actions.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FIFTEEN (15) MONTHS.** Upon release from confinement, the defendant will be on supervised release for a period of **TWENTY-ONE (21) MONTHS.** The same conditions and special conditions previously imposed shall apply with the additional condition that the defendant is directed to provide all financial and medical information to the

Probation Office.

Court ORDERS that a Warrant be issued for the defendant.

**IT IS SO ORDERED.**

Norfolk, Virginia
March 24, 2010

/s/
Robert G. Doumar
Senior United States District Judge