IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

  v.                                                       2:08cr168

AROUA SADDAM,
                Defendant

## NOTICE OF APPEAL

Notice is hereby given that Aroua Saddam, Defendant in the above named case, does hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment order dated March 24, 2010 on this 7th day of April, 2010.

                                      RESPECTFULLY SUBMITTED
                                      AROUA SADDAM

                                      _____/S/_____
                                      Stephanie Bolen, Esq.
                                      VSB# 74492
                                      CJA counsel for Aroua Saddam
                                      Law office of Stephanie L. Bolen
                                      500 East Plume St #405
                                      Norfolk, VA 23510
                                      Ph: 757.405.8131
                                      Fx: 757.622.3630
                                      bolenlaw@sprint.blackberry.net

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 7, 2010 I have electronically filed the foregoing Notice of Appeal With respect to Sentencing Factors with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Joseph DePadilla, Esq.
Assistant US Attorney
Bar Number ****
Counsel for the United States
101 West Main St #8000
Norfolk, VA 23510
Office: (757) 441-6331
Fax: (757) 441-6689
Joe.Depadilla@usdoj.gov

            _____/S/_____
            Stephanie L. Bolen, Esq.
            VSB# 74492
            CJA Counsel for Aroua Saddam
            Law Office of Stephanie L. Bolen
            500 East Plume St #405
            Norfolk, VA 23510
            Ph: 757.405.8131
            Fx: 757.622.3630
            bolenlaw@sprint.blackberry.net